**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Carolyn K. Depoian Bester*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Carolyn.Depoian.Bester@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2052*
*fax: (862) 410-6195*

November 18, 2026

**BY ECF**
The Honorable Katharine S. Hayden
United States District Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**Re: *Valenzuela-Lima v. Soto*, No. 26-14846 (KSH)**
**Respondents' Request for an Extension of 24-hour release**

Dear Judge Hayden:

This Office represents Respondents in this habeas action. We respectfully write in response to the Court's November 18, 2026 order requiring Respondents to release Petitioner within 24 hours unless certain conditions apply. (ECF 3). In a separate order also issued on November 18, 2026, the Court ordered Respondents to show cause by 5 p.m. on November 19, 2026, as to why Petitioner should not be immediately released. (ECF 4).

The Court's first order was issued at 9:39 a.m., making the 24 hour release deadline November 19, 2026 at 9:39 a.m. Respondents respectfully request an extension of the time to release Petitioner until 5 p.m. on November 19, 2026. Good cause exists for this request. The Court's two November 18, 2026 orders collectively require this Office to obtain detailed information from U.S. Immigration and Customs Enforcement ("ICE"). Upon receiving the Court's orders, this Office immediately requested additional information from ICE regarding Petitioner's immigration history and the circumstances of Petitioner's recent detention. Once we receive that information, this Office will need time to review and coordinate with ICE in order to determine whether to respond to the order to show cause in lieu of release.

Accordingly, Respondents respectfully request an extension of time to release Petitioner until tomorrow, November 18, 2026, by 5:00 p.m., which is the same deadline the Court has set to respond to the order to show cause.

We thank you for your attention to this matter.

Respectfully submitted,

SO ORDERED this day of November 19, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ

ROBERT FRAZER
United States Attorney

By: *s/ Carolyn K. Depoian Bester*
CAROLYN K. DEPOIAN BESTER
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)